

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00348-CV

| | | |
|---|---|---|
| In re Steven and Shyla Lipsky and Alisa Rich | § | Original Proceeding |
| | § | From the 43rd District Court |
| | § | of Parker County (CV11-0798) |
| | § | April 22, 2013 |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered relators' petitions for a writ of mandamus and is of the opinion that relief should be granted in part and denied in part.

We conditionally grant Shyla Lipsky's and Alisa Rich's petitions for a writ of mandamus, order the trial court to set aside its February 16, 2012 order denying their motions to dismiss, and order the trial court to enter an order dismissing Range Production Company's and Range Resources Corporation's claims against them.

We conditionally grant, in part, Steven Lipsky's petition for a writ of mandamus, order the trial court to set aside its February 16, 2012 order denying

his motion to dismiss to the extent that the motion concerned Range Production Company's and Range Resources Corporation's civil conspiracy and aiding and abetting claims, and order the trial court to enter an order dismissing those claims against him.  We deny the remainder of the relief sought by Steven Lipsky.

A writ of mandamus will issue only in the event the trial court fails to comply with our instructions within thirty days of the date of this opinion and judgment.

It is further ordered that Range Production Company and Range Resources Corporation shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _____
Chief Justice Terrie Livingston